**David CHAMBERLAIN d/b/a Chamberlain Development Company, Ltd., Appellant,**

v.

**STATE FARM INSURANCE COMPANY.**

**No. WD 48305.**

Missouri Court of Appeals, Western District.

Feb. 22, 1994.

James P. Cannon and Charles L. House, Kansas City, for appellant.

Spencer J. Brown, Mimi E. Doherty, Philip R. Dupont, Deacy & Deacy, Kansas City, for respondent.

## ORDER

PER CURIAM.

Appeal from denial of a motion for interest in an action for appointment of umpire under an insurance policy.

Judgment affirmed pursuant to Rule 84.-16(b).